No. ——. GYURO *v.* CONNECTICUT. Sup. Ct. Conn. Application for stay or bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *Bernard J. Coven* for applicant. *John D. LaBelle* for respondent in opposition.

No. 1034. TINKER ET AL. *v.* DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT ET AL. C. A. 8th Cir. (Certiorari granted, 390 U. S. 942.) Motion of United States National Student Assn. for leave to file a brief, as *amicus curiae,* granted. *Charles Morgan, Jr.,* on the motion.

No. 1359. HUNTER *v.* ERICKSON, MAYOR OF AKRON, ET AL. Appeal from Sup. Ct. Ohio. Probable jurisdiction noted. *Bernard R. Roetzel* and *Robert L. Carter* for appellant. *William R. Baird* and *Alvin C. Vinopal* for appellees.

No. 175, Misc. MATTIELLO *v.* CONNECTICUT. Appeal from App. Div., Cir. Ct. Conn. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Robert N. Grosby* for appellant.

No. 1210. SKINNER ET AL. *v.* LOUISIANA. Sup. Ct. La. Certiorari granted. *G. W. Gill, Sr.,* and *Robert S. Link, Jr.,* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Jim Garrison* for respondent.